# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: RODGER, KIMBERLY MARIE § | Case No. 15-80289 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/07/2016 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 02/10/2016          By: /s/JOSEPH D. OLSEN
                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RODGER, KIMBERLY MARIE | § Case No. 15-80289 |
| | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,549.37 |
| *and approved disbursements of* | $ 4,682.50 |
| *leaving a balance on hand of* [1] | $ 2,866.87 |
| **Balance on hand:** | $ 2,866.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 21,428.52 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,866.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 937.34 | 0.00 | 937.34 |
| Trustee, Expenses - JOSEPH D. OLSEN | 88.30 | 0.00 | 88.30 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,174.50 | 0.00 | 1,174.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,200.14 |
| Remaining balance: | $ 666.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 666.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 666.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,369.52 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Stonehill Dental P.C. | 4,025.50 | 0.00 | 364.19 |
| 3 | Mediacom Communications Corporation | 998.29 | 0.00 | 90.32 |
| 4 | Nicor Gas | 278.98 | 0.00 | 25.24 |
| 5 | KISHWAUKEE HOSPITAL | 2,066.75 | 0.00 | 186.98 |

Total to be paid for timely general unsecured claims: $ 666.73
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-80289-TML
Kimberly Marie Rodger                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 2             Date Rcvd: Feb 11, 2016
                              Form ID: pdf006             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2016.
```
db          #+Kimberly Marie Rodger,    211 E. Elm Street,     Sycamore, IL 60178-1930
aty          +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
               Rockford, IL 61104-2228
22897434     +Arnold Harris,    111 West Jackson Boulevard,    Suite 400,    Chicago, IL 60604-4135
22897436      Center for Family Health,    PO Box 967,    Tinley Park, IL 60477-0967
22897437      Comcast,    2508 W. Route 120,    McHenry, IL 60051-4712
22897439     +Credit Protection Ass'n LP,    13355 Noel Road, Suite 2100,     Dallas, TX 75240-6837
22897440    ++DEKALB CLINIC CHARTERED,    1850 GATEWAY DR,    SYCAMORE IL 60178-3192
             (address filed with court: DeKalb Clinic Chartered,     1850 Gateway Drive,    DeKalb, IL 60115)
22897441     +DeKalb County Self Storage, Inc.,    c/o Copy Service, Inc.,     1005 W. Lincoln Highway,
               DeKalb, IL 60115-3019
23217825    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company LLC,     P. O. Box 62180,
               Colorado Springs, CO 80962)
22897442     +Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
22897443     +H & R Accounts,    4625 6th St. SW, Suite 2,    Cedar Rapids, IA 52404-4445
22897445     +Harris & Harris, Ltd.,    111 West Jackson Boulevard,    Suite 400,    Chicago, IL 60604-4135
22897446      Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5544
22897447      Kishwaukee Hospital,    Mail Processing Center,    PO Box 739,    Moline, IL 61266-0739
22897449    ++MEDIACOM COMMUNICATIONS CORPORATION,     ONE MEDIACOM WAY,   CHESTER NY 10918-4850
             (address filed with court: Mediacom,    3900 26th Avenue,    Moline, IL 61265-4956)
22897448     +Mcydsnb,    9111 Duke Boulevard,    Mason, OH 45040-8999
23295511     +Mediacom Communications Corporation,     3737 Westown Parkway Suite A,
               West Des Moines IA 50266-6748
23038807     +Mediacom Communications Corporation,     c/o CT Corporation System,
               208 S. LaSalle St., Suite 814,    Chicago, IL 60604-1101
22897452     +Rozlin Financial Group,    1628 Dekalb Avenue,    Sycamore, IL 60178-2706
22897453      Shah Medical Associates, LLC,     PO Box 967,   Tinley Park, IL 60477-0967
22897455     +Stellar Recovery Inc,    4500 Salisbury Rd, Suite 10,    Jacksonville, FL 32216-8035
22897456     +Stonehill Dental P.C.,    60C Main Street,    Oswego, IL 60543-8594
22897457     +Swedish American Hospital,    1401 E. State Street,    Rockford, IL 61104-2298
22897458     +Swedish American MSO, Inc.,    1401 E. State Street,    Rockford, IL 61104-2298
22897459     +The Foster & Buick Law Group, LLC,    Attorneys at Law,    2040 Aberdeen Court,
               Sycamore, IL 60178-3140
22897460      U.S. Cellular,    Dept. 0205,    Palatine, IL 60055-0205
22897461     +Winfield Police Department,    27 W 465 Jewell Road,    Winfield, IL 60190-1934
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22897438      E-mail/Text: legalcollections@comed.com Feb 12 2016 01:29:45      ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
22897444     +E-mail/Text: bankruptcy@hraccounts.com Feb 12 2016 01:27:53      H & R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
23494298     +E-mail/Text: bankruptcy@hraccounts.com Feb 12 2016 01:27:53      KISHWAUKEE HOSPITAL,
               C/O H AND R ACCOUNTS INC,    PO BOX 672,   MOLINE IL 61266-0672
22897451      E-mail/Text: bankrup@aglresources.com Feb 12 2016 01:27:38      Nicor Gas,    PO Box 190,
               Aurora, IL 60507-0190
23464533     +E-mail/Text: bankrup@aglresources.com Feb 12 2016 01:27:38      Nicor Gas,    P.O. Box 549,
               Aurora, IL 60507-0549
22897454     +E-mail/Text: bankruptcy@sw-credit.com Feb 12 2016 01:28:41      Southwest Credit Systems,
               5910 W Plano Parkway,    Suite 100,   Plano, TX 75093-2202
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22897435     ##+Capital Accounts,    1642 Westgate Circle, Suite 20,    Brentwood, TN 37027-8195
22897450     ##+Mutual Management Services,    401 E. State Street, 2nd Floor,    PO Box 4777,
               Rockford, IL 61110-4777
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett           Page 2 of 2            Date Rcvd: Feb 11, 2016
                              Form ID: pdf006          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2016 at the address(es) listed below:
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Joseph D Olsen    on behalf of Spec. Counsel   Klein, Stoddard, Buck & Lewis, LLC
           Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard D. Larson   on behalf of Debtor 1 Kimberly Marie Rodger larlaw@frontier.com
          Steven L Nelson    on behalf of Creditor   FORD MOTOR CREDIT COMPANY LLC snelson@califf.com
                                                                                             TOTAL: 7
```