# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RODGER, KIMBERLY MARIE § Case No. 15-80289
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $7,068.00 *(without deducting any secured claims)* | Assets Exempt: $4,300.00 |
| Total Distribution to Claimants: $666.73 | Claims Discharged Without Payment: $6,702.79 |
| Total Expenses of Administration: $3,082.64 | |

3) Total gross receipts of $ 7,549.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,800.00 (see **Exhibit 2**), yielded net receipts of $3,749.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $21,428.00 | $21,428.52 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 1,174.50 | 3,082.64 | 3,082.64 | 3,082.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 45,692.76 | 7,369.52 | 7,369.52 | 666.73 |
| **TOTAL DISBURSEMENTS** | $68,295.26 | $31,880.68 | $10,452.16 | $3,749.37 |

4) This case was originally filed under Chapter 7 on February 05, 2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2016           By: /s/JOSEPH D. OLSEN
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance re: Shirley Koeppen | 1249-000 | 7,549.37 |
| **TOTAL GROSS RECEIPTS** | | **$7,549.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kimberly Rodger | exemption re: Estate of S. Koeppen | 8100-004 | 0.00 |
| Kimberly M. Rodger | exemption | 8100-002 | 3,800.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,800.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | 21,428.00 | 21,428.52 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$21,428.00** | **$21,428.52** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 937.34 | 937.34 | 937.34 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 88.30 | 88.30 | 88.30 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,174.50 | 1,174.50 | 1,174.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Klein, Stoddard, Buck & Lewis, LLC | 3210-600 | N/A | 872.50 | 872.50 | 872.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,082.64** | **$3,082.64** | **$3,082.64** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Stonehill Dental P.C. | 7100-000 | N/A | 4,025.50 | 4,025.50 | 364.19 |
| 3 | Mediacom Communications Corporation | 7100-000 | N/A | 998.29 | 998.29 | 90.32 |
| 4 | Nicor Gas | 7100-000 | 278.98 | 278.98 | 278.98 | 25.24 |
| 5 | KISHWAUKEE HOSPITAL | 7100-000 | 2,634.75 | 2,066.75 | 2,066.75 | 186.98 |
| NOTFILED | Mutual Management Services | 7100-000 | 964.38 | N/A | N/A | 0.00 |
| NOTFILED | Rozlin Financial Group | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 482.98 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital Mail Processing Center | 7100-000 | 8,675.48 | N/A | N/A | 0.00 |
| NOTFILED | Shah Medical Associates, LLC | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 206.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 998.29 | N/A | N/A | 0.00 |
| NOTFILED | Stonehill Dental P.C. Dr. Hynek & Dr. Mohan | 7100-000 | 4,125.50 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Credit Systems | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Cellular | 7100-000 | 648.88 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Winfield Police Department | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | The Foster & Buick Law Group, LLC Attorneys at Law | 7100-000 | 264.05 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American MSO, Inc. | 7100-000 | 318.75 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital Mail Processing Center | 7100-000 | 13,541.49 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 195.63 | N/A | N/A | 0.00 |
| NOTFILED | Stellar Recovery Inc | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb County Self Storage, Inc. c/o Copy Service, Inc. | 7100-000 | 385.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris, Ltd. | 7100-000 | 278.98 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Harris | 7100-000 | 496.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Harris | 7100-000 | 495.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Harris | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Harris | 7100-000 | 214.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Accounts | 7100-000 | 4,310.00 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb Clinic Chartered | 7100-000 | 349.50 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts | 7100-000 | 2,066.75 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Ass'n LP | 7100-000 | 998.29 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 124.95 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 270.13 | N/A | N/A | 0.00 |
| NOTFILED | Center for Family Health | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 638.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$45,692.76** | **$7,369.52** | **$7,369.52** | **$666.73** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 15-80289
Case Name: RODGER, KIMBERLY MARIE

Period Ending: 07/13/16

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 02/05/15 (f)
§341(a) Meeting Date: 03/05/15
Claims Bar Date: 07/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 211 E. Elm Street, Sycamore IL 60178 | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account Heartland Bank & Trust Co. 327 | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account Heartland Bank & Trust Co. 327 W | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Location: 211 E. Elm Street, Sycamore IL 60178 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Location: 211 E. Elm Street, Sycamore IL 60178 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Location: 211 E. Elm Street, Sycamore IL 60178 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 2011 Ford Fusion | 6,568.00 | 0.00 | | 0.00 | FA |
| 8 | Inheritance re: Shirley Koeppen (u) | 16,826.02 | 9,200.00 | | 7,549.37 | FA |
| 8 | Assets   Totals (Excluding unknown values) | $23,894.02 | $9,200.00 | | $7,549.37 | $0.00 |

**Major Activities Affecting Case Closing:**

The only thing the Trustee was administering was a probate estate in DeKalb County, Illinois. Outside counsel was engaged to help in the administration of the decedent's estate and to make sure the bankruptcy estate received fair treatment. A final distribution was made to the bankruptcy estate on or about 12/17/15. The Trustee then filed a Motion to Compensate his outside counsel which will be set in January 2016 and will file the final report immediately thereafter.

Initial Projected Date Of Final Report (TFR):   January 31, 2016        Current Projected Date Of Final Report (TFR):   January 31, 2016

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-80289 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | RODGER, KIMBERLY MARIE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6166 - Checking Account |
| Taxpayer ID #: | **-****3761 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/13/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/15 | {8} | Robert C. Becker, Jr. | Koeppen - probate estate | 1249-000 | 7,549.37 | | 7,549.37 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,539.37 |
| 01/12/16 | 101 | Klein, Stoddard, Buck & Lewis, LLC | Per Court Order of 1/11/16 - pay special counsel | 3210-600 | | 872.50 | 6,666.87 |
| 01/14/16 | 102 | Kimberly Rodger | exemption re: Estate of S. Koeppen Stopped on 05/03/16 | 8100-004 | | 3,800.00 | 2,866.87 |
| 03/09/16 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,174.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,174.50 | 1,692.37 |
| 03/09/16 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $88.30, Trustee Expenses; Reference: | 2200-000 | | 88.30 | 1,604.07 |
| 03/09/16 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $937.34, Trustee Compensation; Reference: | 2100-000 | | 937.34 | 666.73 |
| 03/09/16 | 106 | Stonehill Dental P.C. | Dividend paid 9.04% on $4,025.50; Claim# 2; Filed: $4,025.50; Reference: | 7100-000 | | 364.19 | 302.54 |
| 03/09/16 | 107 | Mediacom Communications Corporation | Dividend paid 9.04% on $998.29; Claim# 3; Filed: $998.29; Reference: | 7100-000 | | 90.32 | 212.22 |
| 03/09/16 | 108 | Nicor Gas | Dividend paid 9.04% on $278.98; Claim# 4; Filed: $278.98; Reference: | 7100-000 | | 25.24 | 186.98 |
| 03/09/16 | 109 | KISHWAUKEE HOSPITAL | Dividend paid 9.04% on $2,066.75; Claim# 5; Filed: $2,066.75; Reference: | 7100-000 | | 186.98 | 0.00 |
| 05/03/16 | 102 | Kimberly Rodger | exemption re: Estate of S. Koeppen Stopped: check issued on 01/14/16 | 8100-004 | | -3,800.00 | 3,800.00 |
| 05/04/16 | 110 | Kimberly M. Rodger | exemption | 8100-002 | | 3,800.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,549.37 | 7,549.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,549.37 | 7,549.37 | |
| | | | Less: Payments to Debtors | | | 3,800.00 | |
| | | | NET Receipts / Disbursements | | $7,549.37 | $3,749.37 | |

| Net Receipts: | 7,549.37 |
| Less Payments to Debtor: | 3,800.00 |
| Net Estate: | $3,749.37 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6166 | 7,549.37 | 3,749.37 | 0.00 |
| | $7,549.37 | $3,749.37 | $0.00 |

{} Asset reference(s)

Printed: 07/13/2016 02:11 PM    V.13.28