UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Kimberly Marie Rodger, | ) | Case No. 15 B 80289 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Thomas M. Lynch |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

    PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on July 18, 2016 **(Document #46)** is withdrawn.   It is withdrawn because the wrong document was filed in error.

                  /s/ Patrick S. Layng
                  Patrick S. Layng, U.S. Trustee
                  Office of the U.S. Trustee
                  219 South Dearborn, Room 873
                  Chicago, Illinois   60604
                  (312) 886-7481

### CERTIFICATE OF SERVICE

    I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on July 18, 2016, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on July 18, 2016.

                  /s/Patrick S. Layng

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Joseph D. Olsen
Jolsenlaw@comcast.net

Richard D. Larson
larlaw@frontier.com

**Parties Served via First Class Mail:**

**Kimberly Marie Rodger**
211 East Elm Street
Sycamore, IL   60178